█ ACADEMIC HEALTH PROFESSIONALS INSURANCE ASSOCIATION, as Subrogee of JOHN DOE, M.D., Respondent, v KALEIDA HEALTH, Appellant. (Appeal No. 3.) [759 NYS2d 410] —Appeal from an order of Supreme Court, Erie County (Gorski, J.), entered August 13, 2001, which denied defendant's motion to disqualify plaintiff's attorney.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Gorski, J. Present—Pine, J.P., Hurlbutt, Kehoe and Hayes, JJ.